# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| ABEER MOTAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:15CV00587 ERW |
| | ) | |
| CATHOLIC ARCHDIOCESE, | ) | |
| | ) | |
| Defendant, | ) | |

## MEMORANDUM AND ORDER

Plaintiff moves for leave to proceed in forma pauperis in this civil action under 42 U.S.C. § 1983. The request is granted.

Under 28 U.S.C. § 1915(e), the Court is required to dismiss a complaint filed in forma pauperis if it is frivolous, malicious, or fails to state a claim upon which relief can be granted. An action is frivolous if the facts alleged are "clearly baseless"; allegations are clearly baseless if they are "fanciful," "delusional," or "fantastic." Denton v. Hernandez, 504 U.S. 25, 32-33 (1992).

Plaintiff alleges that the Catholic Archdiocese is engaged in a vast conspiracy with "the Jews," the "Illuminatis," and a multitude of other entities to make her homeless and to otherwise discriminate against her, such as "sabotaging [her] food/air/drinks." She seeks $77 trillion in damages.

The complaint is fantastic and delusional, and therefore, it is factually frivolous under Denton. As a result, the Court dismisses this action without further proceedings.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed in forma pauperis [ECF No. 2] is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff's motion for appointment of counsel [ECF No. 4] is **DENIED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice.

An Order of Dismissal will be filed separately.

So Ordered this 8th day of April, 2015.

*E. Richard Webber*

E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE